## **DECLARATION OF SERVICE**

EDWARD SIVIN, declares pursuant to 28 USC § 1746, under penalty of perjury, as follows:

On May 28, 2020, I served plaintiff's Amended Complaint on defendants Westchester County Health Care Corporation, Westchester Medical Center, and John Full to the following address provided by notification from this Court:

WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
Attorneys for defendants Westchester Health Care Corporation,
 Westchester Medical Center, and John Full
2 William Street, 5th Floor
White Plains, NY  10601

On May 28, 2020, I served plaintiff's Amended Complaint on defendant Frank Weber via Electronic Case Filing, to the following addresses provided by notification from this Court:

LETITIA JAMES
Attorney General
State of New York
Attorney for defendant Frank Weber
Attn:  AAG Deanna L. Collins
28 Liberty Street - 18th Floor
New York, NY 10005

Dated:  New York, New York
        May 28, 2020

_____
EDWARD SIVIN