# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche

Andrew C. Weiss

*also member of NJ Bar

**MEMO ENDORSED**

Phone: (212) 349-0300
Fax:   (212) 406-9462

September 2, 2020

<u>Via ECF</u>
Hon. Kenneth M. Karas
Southern District of the State of New York
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: Chad Stanbro v. Westchester Medical Center et al.,
Civil Case No. 7:19-cv-10857 (KMK)

Your Honor:

The undersigned represents plaintiff in the above matter. I write with consent of defendants' counsel, who join in this request for the status conference currently scheduled for September 18, 2020, to be adjourned to October 18, 2020, or a time thereafter amendable to the Court. We request this adjournment to provide additional time for potential consolidation of the above-mentioned case with the related action filed under Civil Case No. 7:20-cv-01591. Parties have made no previous requests seeking an adjournment of this conference.

Thank you for your attention to this matter.

*Granted. The Court will hold a conference on 10/21/2020 at 10:30 AM*

**SO ORDERED**
KENNETH M. KARAS U.S.D.J.
9/3/2020

Very truly yours,

s/ Andrew C. Weiss
Andrew C. Weiss Bar Number: 5560537
*Attorney for Plaintiff*
Sivin, Miller & Roche, LLP
20 Vesey Street, Ste. 1400
New York, NY 10007
Telephone: (212) 349-0300
Fax: (212) 406-9462
Email: aweiss@sivinandmiller.com

Cc: Defense counsel (via ECF)