UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER        Case No. 7:19-cv-10857-KMK
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

        Defendants.
-------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,  Case No. 7:20-cv-01591-KMK
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
-------------------------------------------------------------X

**MEMO ENDORSED**

## ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE THAT upon the declaration of Andrew C. Weiss, sworn to on January 11, 2021, the exhibits annexed thereto, and upon the copy of the Amended Complaint in the action under Case No. 7:20-cv-01591-KMK hereto annexed, it is

1

ORDERED, that the defendant Correction Officer Nadya Palou show cause before this Honorable Court, at Room 521, United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, on _____, 2021, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure entering default for failure to file an Answer or to otherwise appear in this action; and it is further

ORDERED that a copy of this order, annexed affirmation, and exhibits, be served upon defendant Palou on or before _____ o'clock in the _____noon, _____ _____, 2021, and that such service shall be deemed good and sufficient service thereof.

Dated: White Plains, New York

Issued: _____

Plaintiff's application is denied without prejudice due to form.  Plaintiff may re-submit these papers as a proposed order to show cause in ECF.
2/17/21

SO ORDERED
KENNETH M. KARAS U.S.D.J.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2