UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>                      Plaintiff,<br>   v.<br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>                      Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>                      Plaintiff,<br>   v.<br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>                      Defendants. | No. 19-CV-10857 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

    Please take notice that the final pre-trial conference will now be held via teleconference on Friday, June 17, 2022, at 10:30am. Counsel shall call the following number at that time:

    Meeting Dial-In Number (USA toll-free):  (888) 363-4749  Access Code:  7702195

    Please enter the conference as a guest by pressing the pound sign (#).

SO ORDERED.

Dated:   June 6, 2022
            White Plains, New York

                                                                      KENNETH M. KARAS
                                                                   United States District Judge