UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>                              Plaintiff,<br><br>   v.<br><br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>                            Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>                              Plaintiff,<br><br>   v.<br><br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>                            Defendants. | No. 19-CV-10857 (KMK)<br><br>AMENDED CALENDAR NOTICE |

KENNETH M. KARAS, District Judge:

       Please take notice that the final pre-trial conference will now be held via teleconference on Friday, June 17, 2022, at **2:00 pm**. Counsel shall call the following number at that time:

       Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195

       Please enter the conference as a guest by pressing the pound sign (#).

SO ORDERED.

DATED:    June 7, 2022
                 White Plains, New York

                                                                  KENNETH M. KARAS
                                                                  United States District Judge