UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHAD STANBRO,

                    Plaintiff,

              -against-

WESTCHESTER COUNTY HEALTH CARE CORPORATION,
WESTCHESTER MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

                    Defendants.
-------------------------------------------------------------------X

7:19-cv-10857 (CM)

**NOTICE OF MOTIONS IN LIMINE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHAD STANBRO,

                    Plaintiff,

              -against-

CORRECTION OFFICER NADYA PALOU, CORRECTION
OFFICER RAYMOND DEAL, CORRECTION OFFICER
KRISTOFER LEONARDO, CORRECTION OFFICER RICHARD
LANDRY, CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

                    Defendants.
-------------------------------------------------------------------X

7:20-cv-01591 (KMK)

PLEASE TAKE NOTICE that the defendants **WESTCHESTER COUNTY HEALTH CARE CORPORATION, WESTCHESTER MEDICAL CENTER, and DR. JOHN FULL**, upon the accompanying Declaration of Claudine Weis with exhibits annexed thereto, and the affirmation in support, as well as all prior pleadings and proceedings heretofore had herein, will move this Court at the United States Courthouse, 300 Quarropas St., Courtroom 218, White Plains, NY 10601, before the Hon. Karas, for a motion seeking to preclude and/or dismiss various evidence and claims from being introduced by Plaintiff at the trial of the above captioned

matter pursuant to the Federal Rules of Evidence, as well as any further relief the Court may deem just and proper.

Dated: June 6, 2022
White Plains, New York

                                              Yours, etc.,
                                              Wilson, Bave, Conboy, Cozza & Couzens, PC.

                                              By: *Claudine Weis, Esq.*
                                              Claudine Weis, Esq. (4209)
                                              Attorneys for Defendants WCHCC, WMC,
                                              Dr. John Full
                                              707 Westchester Avenue, Ste. 213
                                              White Plains, New York 10604
                                              914-686-9010

TO:    Via ECF Only
          SIVIN & MILLER, LLP
          20 Vesey Street, Suite 1400
          New York, New York 10007
          (212) 349-0300

          RAWLE & HENDERSON, LLP
          Attorneys for Dr. Weber
          14 Wall Street, 27th Floor
          New York, NY 10005
          (212) 323-7070

          NEW YOUR STATE ATTORNEY GENERAL
          28 Liberty Street
          New York, NY 10005
          (212) 416-8906

          OFECK & HEINZE, LLP
          85 Main Street, Suite 204
          Hackensack, NJ 07601
          (201) 488-9900