*Chad Stanbro v. WCHCC, WMC, DR. JOHN FULL*
*7:19-cv-10857 (NSR)*

## TABLE OF CONTENTS

### Defendants Motion in Limine

| | |
|---|---|
| PRELIMINARY STATEMENT | Pg. 4 |
| LEGAL STANDARD | Pg. 4 |
| LEGAL ARGUMENT<br>POINT I<br>• Punitive Damages Should be Dismissed | Pg. 5 |
| PART II<br>• Plaintiff's Expert's Testimony and Report Should be Precluded | Pg. 8 |
| PART III<br>• Dismissal of the 1983 Claims For Failure to Intervene and Claim for Deliberate Indifference | Pg. 14 |
| PART IV<br>• Claim for Vicarious Liability over Dr. Weber Should be Dismissed | Pg. 23 |
| CONCLUSION | Pg. 25 |