UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,

        Plaintiff,                    19-cv-10857-KMK

      -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

        Defendants.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAD STANBRO,                                       20-cv-01591-KMK

        Plaintiff,

      -against-

CORRECTION OFFICER NADYA PALOU,        **ORDER**
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

        Defendants.
------------------------------------------------------------X

      WHEREAS, on June 16, 2022, the Court was advised that defendant Gary Pagliaro passed away on April 12, 2022, and

      WHEREAS, the trial of this matter is scheduled for June 27, 2022, and the Court seeks to avoid any prejudice to the parties resulting from an adjournment of the trial, it is hereby

ORDERED, that pursuant to Fed. R. Civ. P. 21 plaintiff's claims against defendant Pagliaro be and hereby are severed from these consolidated actions, and it is further

ORDERED, that pursuant to Fed. R. Civ. P. 42(b), plaintiff reserves the right to request that a separate trial against the representative of Pagliaro's estate, after one is appointed, take place at a future date to be set by future order of this Court, subject to any objections by the representative of Pagliaro's estate that such trial should not proceed.

Dated: June 24, 2022
      White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge