# RAWLE & HENDERSON LLP



ROBERT A. FITCH
212-323-7060
rfitch@rawle.com

14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 323-7070
FACSIMILE:(212) 323-7099

July 10, 2022

**Via ECF**
Hon. Kenneth M. Karas
United State District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re: **Chad Stanbro v. Frank Weber, DDS, et al.**
> **7:19-cv-10857-KMK**
> **Chad Stanbro v. Palou, et al.**
> **20-CV-01591**
> **Our File No.: 805197**

Dear Judge Karas:

    I write to submit defendant, Dr. Weber's position on compensatory damages (question #9c) on the verdict sheet. As discussed in Court last week, the difference in time had plaintiff been treated immediately and the actual time in which plaintiff was treated for his injury was a matter of hours.

    As Your Honor knows, following plaintiff's return to Fishkill Correctional Facility, plaintiff was taken to St. Luke's Cornwall Hospital. At St. Luke's Cornwall, plaintiff was repeatedly administered Morphine, with the first dose being given at approximately 8pm. Plaintiff left the Westchester Medical Center Dental Clinic at approximately 2pm. As such, it is respectfully submitted that the verdict sheet indicate that any compensatory damages as to Dr. Weber in the form of plaintiff's pain and suffering should be limited to a maximum of 6 hours.

16110323-1

I thank you for your consideration of this application

          Very truly yours,

          RAWLE & HENDERSON LLP

By:

          Robert A. Fitch

cc: All parties via ECF

16110323-1