UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAD STANBRO,

                        Plaintiff,

        v.                                              No. 20-CV-1591 (KMK)

CORRECTION OFFICER NADYA PALOU,
*et al.*,

                        Defendants.

CHAD STANBRO,

                        Plaintiff,

        v.                                              No. 19-CV-10857 (KMK)

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, *et al.*,                             ORDER

                        Defendants.

KENNETH M. KARAS, District Judge:

        For reasons stated on the record at a status conference held on January 19, 2023, the

Court denies the following pending motions: (1) Motion to Set Aside the Verdict, (Dkt. No. 208,

Case No. 20-CV-1591); and (2) Motion for Directed Verdict, (Dkt. No. 211, Case No. 20-CV-

1591).  The Court also grants in part and denies in part the pending Motion to Set Aside the

Verdict.  (Dkt. No. 203, Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857.)  The

Clerk of the Court is respectfully requested to terminate the pending motions.  (Dkt. Nos. 203,

208, 211; Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857.)


SO ORDERED.

DATED:        January 19, 2023
              White Plains, New York

————————————————————

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE