UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD STANBRO,<br><br>         Plaintiff,<br><br> v.<br><br>CORRECTION OFFICER NADYA PALOU, *et al.*,<br><br>         Defendants. | No. 20-CV-1591 (KMK) |
| CHAD STANBRO,<br><br>         Plaintiff,<br><br> v.<br><br>WESTCHESTER COUNTY HEALTH CARE CORPORATION, *et al.*,<br><br>         Defendants. | No. 19-CV-10857 (KMK)<br><br><u>AMENDED ORDER</u> |

KENNETH M. KARAS, District Judge:

 Due to a stipulation by the Parties, (*see* Letter from Edward Sivin, Esq., to Court (Feb. 15, 2023) (Dkt. No. 234; Case No. 20-CV-1591)), the Court now amends its Order regarding the disposition of certain post-trial motions, (*see* Order (Dkt. No. 227)).

 For reasons stated on the record at a status conference held on January 19, 2023, as well as stipulations by the Parties, the Court denies the Motion to Set Aside the Verdict. (Dkt. No. 208, Case No. 20-CV-1591). The Court also grants in part and denies in part the following

Motions: (1) the Motion to Set Aside the Verdict, (Dkt. No. 203, Case No. 20-CV-1591; Dkt. No. 164, Case No. 19-CV-10857), and (2) the Motion for Directed Verdict, (Dkt. No. 211, Case No. 20-CV-1591).

SO ORDERED.

DATED:   February 15, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE