UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CHAD STANBRO,

                Plaintiff,

                              Case No. 7:19-cv-10857 (KMK-JCM)

    -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

                Defendants.
----------------------------------------------------------------X
CHAD STANBRO,

                Plaintiff,

                              Case No. 7:20-cv-01591 (KMK-JCM)

    -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

                Defendants.
----------------------------------------------------------------X

       These consolidated actions having come before the Court for a trial by jury before the Hon. Kenneth M. Karas, and the trial having been completed on July 14, 2022, and the jury having found in favor of the Plaintiff Chad Stanbro and having awarded **compensatory damages** on the following causes of action:

-**Excessive force** in violation of the Eighth Amendment, against Defendant Kristofer Leonardo, in the amount of $1,200,000.00; and

-**Deliberate indifference** to medical needs while at the dental clinic at the Westchester Medical Center, against Defendants Nadya Palou, Raymond Deal, and Kristofer Leonardo, in the amount of $400,000.00; and

-**Deliberate indifference** to medical needs while en route from the Westchester Medical Center to Fishkill Correctional Facility, against Defendants Raymond Deal and Nadya Palou, in the amount of $200,000.00; and

-**Medical malpractice** against Defendant Frank Weber, and through vicarious liability Defendants Westchester County Health Care Corporation and Westchester Medical Center, in the amount of $200,000.00; and

The jury having awarded **punitive damages** against Nadya Palou in the amount of $5,000.00, against Raymond Deal in the amount of $5,000.00, against Kristofer Leonardo in the amount of $50,000.00, and against Frank Weber in the amount of $40,000.00; and

The jury having found in favor of Defendants Enrique Torres, Richard Landry, and John Full on all causes of action asserted by Plaintiff against those defendants; and

The Court, by Amended Order issued February 15, 2023, having denied all post-trial motions for judgment as a matter of law, and having granted the motions to set aside the verdict only to the extent of setting aside the verdict in favor of Plaintiff against Nadya Palou for deliberate indifference to medical needs while at the dental clinic at the Westchester Medical Center, and setting aside the award of punitive damages in favor of Plaintiff against Frank Weber, and otherwise denying all other aspects of the motions to set aside the verdict,

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Kristofer Leonardo on the excessive force cause of action, in the amount of $1,200,000.00 in compensatory damages; and

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Raymond Deal and Kristofer Leonardo, on the cause of action for deliberate indifference to medical needs while at the dental clinic at the Westchester Medical Center, in the amount of $400,000.00 in compensatory damages; and

**IT IS ORDER and ADJUDGED**, that Plaintiff have judgment against Raymond Deal and Nadya Palou on the cause of action for deliberate indifference to medical needs while en route from the Westchester Medical Center to Fishkill Correctional Facility, in the amount of $200,000.00 in compensatory damages; and

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Westchester County Health Care Corporation, Westchester Medical Center, and Frank Weber, on the cause of action for medical malpractice, in the amount of $200,000.00 in compensatory damages; and

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Nadya Palou in the amount of $5,000.00 in punitive damages; and

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Raymond Deal in the amount of $5,000.00 in punitive damages; and

**IT IS ORDERED and ADJUDGED**, that Plaintiff have judgment against Kristofer Leonardo in the amount of $50,000.00 in punitive damages.

Dated: 2/21/23

_____
KENNETH M. KARAS
United States District Judge


_____
Clerk of the Court