**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
CHAD STANBRO,

                      Plaintiff,

    -v-

CORRECTION OFFICER NADYA PALOU, et al.,

                      Defendants.
------------------------------------------------------------------X
CHAD STANBRO,

                      Plaintiff,                      20 **CIVIL** 1591 (KMK)
                                                         19 **CIVIL** 10857 (KMK)

    -v-                                                          **JUDGMENT**
                                                        For Attorney's Fees and Costs

WESTCHESTER COUNTY HEALTH CARE
CORPORATION, WESTCHESTER MEDICAL
CENTER, FRANK WEBER, and JOHN FULL,

                      Defendants.
------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2024, Plaintiff's Motion is granted in part, and the Court awards $690,200.20 in attorneys' fees and costs; accordingly, the case is closed.

**Dated:** New York, New York
           March 22, 2024

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                                  **BY:**    *K. Mango*
                                                                     **Deputy Clerk**